IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE RHOADES,
ADC#100683, et al.                                                                                      PLAINTIFFS

v.                                     5:09CV00022SWW/HLJ

LARRY NORRIS, et al.                                                                                 DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for judgment on the pleadings (DE #24) is hereby GRANTED, and plaintiffs' claims against them are hereby DISMISSED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 10th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE