IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE RHOADES,
ADC#100683, et al.                                                                                          PLAINTIFFS

v.                                               5:09CV00022SWW/HLJ

LARRY NORRIS, et al.                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of July, 2009.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE